IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEITH RYAN and
LINDA RYAN,

       Plaintiffs,

v.

SAWYER COUNTY, JAMES MEIER,
and LAURA POPPE,

       Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-782-jdp

---

      This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Sawyer County, James Meier, and Laura Poppe granting their motion for summary judgment and dismissing this case.

| s/V. Olmo, Deputy Clerk | 12/12/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |